UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Eladio Martin Valerio,<br>                              Defendant. | 24-cr-342 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    A pretrial conference is currently scheduled for September 24, 2024 at 4:00 PM. By **Friday, September 20, 2024 at 5:00 PM**, the parties should submit a joint letter informing the Court of the issues to be addressed during the scheduled conference.

    SO ORDERED.

Dated: September 17, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                      United States District Judge