UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Eladio Martin Valerio,<br><br>      Defendant. | 24-cr-342 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The hearing originally scheduled for September 24, 2024 at 4:00 PM has been moved to **September 27, 2024 at 2:00 PM** in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: September 24, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge