UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ELADIO MARTIN VALERIO,<br><br>Defendant. | 24-cr-342 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for February 14, 2025 at 4:00 PM, will now take place at **1:00 PM**.

SO ORDERED.

Dated: October 4, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge