UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ELADIO MARTIN VALERIO,<br>Defendant. | 24-CR-342 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The sentencing in this matter, previously scheduled for February 14, 2025 at 1:00 PM, will now take place at 3:00 PM on the same date.

    SO ORDERED.

Dated: February 11, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge