# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2025

By ECF

Honorable Arun Subramanian
United States District Judge
Southern District of New York

> GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: April 18, 2025

Re: *United States v. Eladio Martin Valerio*, 24 Cr. 342 (AS)

Dear Judge Subramanian:

I write with the Government's consent to respectfully <u>request that the Court order Pretrial Services to return Eladio Valerio's travel documents, including his passport, to him</u>. Those documents were surrendered by him as part of his pretrial bond conditions. On February 14, 2025, the Court sentenced Mr. Valerio to three years' probation (with 15 months' home confinement).

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Getzel Berger, Esq.

**SO ORDERED:**

_____
**Hon. Arun Subramanian**
**U.S. District Judge**